

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 11, 1939

Mr. James E. Kilday, Director
Motor Transportation Division
Railroad Commission of Texas
Austin, Texas

Dear Mr. Kilday:  Opinion No. O-32
Re: State vs. A. E. McDonald
Motor Freight Lines
Application for permit

Your letter of January 4, 1939 addressed to the
Attorney General of Texas in which you request an opinion
of this department together with your two letters of January 5, 1939, has been received. The pertinent portion of
your letter of inquiry is as follows:

"As you know the State has been in
litigation with A. E. McDonald in several courts, including the Supreme Court
of the United States, which latter
court held in favor of the State with
respect to Mr. McDonald's asserted right
to engage in motor transportation in interstate commerce without first having
the authority of the Railroad Commission
of Texas. I enclose a copy of the opinion of the Supreme Court of the United
States. I have heard, and I advise you
without stating it as a fact but as
hearsay, that Mr. McDonald's case is
still pending in the Supreme Court on
Motion for Rehearing. During the pendency of that litigation Mr. McDonald
filed with this Division an application,
covered by our Docket No. 2416, by which
he asks for a hearing on the question of
his obtaining certain authority from the
Railroad Commission, which said application is shown on our docket sheet as follows:

'Application of A. E. McDonald Motor Freight Lines for a certificate authorizing operation of a common carrier motor carrier service over the following routes: No. 1 - Houston, Texas, to Texas-Oklahoma State Line near Denison, Texas, via U.S. Highway 75; No. 2 - Houston, Texas, to San Antonio, Texas, via U. S. Highway 90; No. 3 - San Antonia, Texas, to Fort Worth and Dallas, Texas, via U. S. Highway 81, San Antonio to Fort Worth, and U. S. Highways 81 and 77, San Antonio to Dallas; No. 4 - Houston to Dallas and Fort Worth, via Waco and U. S. Highways 290 and 190, Houston to Waco U. S. Highway 77, Waco to Dallas U.S. Highway 81, Waco to Fort Worth; No. 5 - Ennis to Fort Worth, via. State Highway 34; No. 6 - Fort Worth to Dallas, via State Highway 15. All routes with any and all other routes. Interstate service only. Using ten trucks.'

"In view of this situation your prompt advice is requested on the following questions:

"1. Will the granting of a hearing by the Railroad Commission on the aforesaid application in any way jeopardize the rights of the State in the litigation above mentioned?

"2. In view of the entire situation as reflected by your files in the aforesaid litigation and otherwise, is Mr. McDonald now entitled to a hearing on the aforesaid application?"

Since your letter was received by this department, the Supreme Court of the United States overruled the motion for rehearing in the McDonald case, this being the case, it

is unnecessary to answer the first question.

In answer to the second question in your letter, it is my opinion and you are so advised that the applicant in question would be entitled to a hearing on the application now pending before your department providing the applicant has complied with provisions of Article 911b, Revised Civil Statutes of Texas.

Yours very truly

ATTORNEY GENERAL OF TEXAS
GEORGE P. KIRKPATRICK (S)

By

Assistant

GPK:RS

APPROVED:

GERALD C. MANN (Signed)

ATTORNEY GENERAL OF TEXAS

OK-G.R.L.